```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>YANEZ-BARBER et al.,<br><br>            Defendants. | Case No.: 2:16 CR 039 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:   August 29, 2017<br>Time:   9:15 a.m.<br>Judge:  Honorable John A. Mendez |

    The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Juan Carlos Yanez-Barber, Dina L. Santos, Esq., counsel for defendant Claudia Ryan-Barbour, Shari Rusk, Esq., and counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for a change of plea hearing on August 1, 2017.

    2.  By this stipulation, the defendants now move to continue the change of plea hearing and set the matter for a status conference on August 29, 2017 and to exclude time between August 1, 2017 and August 29, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

1

|   |   |   |
|---|---|---|
| a. | On March 21, 2016, The United States has produced 201 pages of discovery as well as numerous audio files. |
| b. | Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. |
|    | The government has provided the defendant's with draft plea agreements.  Counsel for the defendants need additional time to review defendant's guideline and criminal history calculations; review factual assertions contained in the respective plea agreements; research potential sentencing issues; and, meet with their respective clients to discuss the noted issues.  (Mr. Ryan-Barbour is presently [and has been for sometime] housed in/at the Wayne Brown Correctional Facility, in Nevada County, CA, which creates certain scheduling "challenges".) |
| c. | Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| d. | The Government does not object to the continuance. |
| e. | Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act. |
| f. | For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 1, |

2017, to August 29, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2017                /S/ Dina Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    Juan Carlos Yanez-Barber

Dated: July 27, 2017                /S/ Shari Rusk
                                    SHARI RUSK
                                    Attorney for Defendant
                                    Claudia Ryan-Barbour

Dated: July 27, 2017                /S/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Colin Ryan-Barbour

Dated: July 27, 2017                Phillip A. Talbert
                                    United States Attorney

                                    /S/ Jason Hitt
                                    JASON HITT
                                    Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 27th day of July, 2017.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE