1  John R. Manning
   Attorney at Law
2  1111 H Street, Suite 204
   Sacramento, CA 95814
3  (916) 444-3994
   Fax (916) 447-0931
4  jmanninglaw@yahoo.com

5  Attorney for Defendant
   COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 039 JAM |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME<br>) PERIODS UNDER SPEEDY TRIAL ACT;<br>) FINDINGS AND ORDER |
| vs. | ) |
| YANEZ-BARBER et al., | ) Date: June 5, 2018<br>) Time: 9:15 a.m. |
| Defendants. | ) Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for a status conference on May 1, 2018.

2. By this stipulation, the defendant now moves to continue the status conference until June 5, 2018 and to exclude time between May 1, 2018 and June 5, 2018 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. On March 21, 2016, The United States has produced 201 pages of discovery as well as numerous audio files.

    b. Counsel for the defendant was in trial recently (US v. Brian Stone 2:16 CR 038 MCE) and I need additional time to

1

|   |   |   |
|---|---|---|
| | | meet with Mr. Ryan-Barbour to review the guideline calculations, sentencing exposure, and issues related to a resolution. |
| | c. | Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| | d. | The Government does not object to the continuance. |
| | e. | Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. |
| | f. | For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 1, 2018, to June 5, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 26, 2018                    /s/  John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Colin Ryan-Barbour


Dated: April 26, 2018                    McGregor W. Scott
                                         United States Attorney

                                         /s/  Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney


**ORDER**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 27th day of April, 2018


                                         /s/ John A. Mendez
                                         HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE