John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16 CR 039 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING EXCLUDABLE TIME |
| | ) | PERIODS UNDER SPEEDY TRIAL |
| vs. | ) | ACT;FINDINGS AND ORDER |
| | ) | |
| YANEZ-BARBER et al., | ) | Date:   June 26, 2018 |
| | ) | Time:   9:15 a.m. |
| Defendants. | ) | Judge:  Honorable John A. Mendez |
| | ) | |

        The United States of America through its undersigned counsel, Jason

Hitt, Assistant United States Attorney, together with counsel for defendant

Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

        1.  By previous order, this matter was set for a status conference on

May 1, 2018.

        2.  By this stipulation, the defendant now moves to continue the status

conference until June 26, 2018 and to exclude time between June 5, 2018 and

June 26, 2018 under Local Code T-4 (to allow defense counsel time to

prepare).

        3.  The parties agree and stipulate, and request the Court find the

following:

                a.      On March 21, 2016, The United States has produced 201 pages

                        of discovery as well as numerous audio files.

1

| | | |
|---|---|---|
| 1 | b. | Counsel for the defendant needs additional time to meet |
| 2 | | with Mr. Ryan-Barbour to review his potential defenses and |
| 3 | | to review his possible USSG offense level calculations; |
| 4 | | possible USSG enhancements; criminal history; and, discuss |
| 5 | | potential sentencing issues should he (Mr. Ryan-Barbour) |
| 6 | | enter a guilty plea. |
| 7 | c. | Counsel for the defendant believes the failure to grant a |
| 8 | | continuance in this case would deny defense counsel |
| 9 | | reasonable time necessary for effective preparation, taking |
| 10 | | into account the exercise of due diligence. |
| 11 | d. | The Government does not object to the continuance. |
| 12 | e. | Based on the above-stated findings, the ends of justice |
| 13 | | served by granting the requested continuance outweigh the |
| 14 | | best interests of the public and the defendant in a speedy |
| 15 | | trial within the original date prescribed by the Speedy |
| 16 | | Trial Act. |
| 17 | f. | For the purpose of computing time under the Speedy Trial |
| 18 | | Act, 18 United States Code Section 3161(h)(7)(A) within |
| 19 | | which trial must commence, the time period of June 5, |
| 20 | | 2018, to June 26, 2018, inclusive, is deemed excludable |
| 21 | | pursuant to 18 United States Code Section 3161(h)(7)(A) and |
| 22 | | (B)(iv), corresponding to Local Code T-4  because it |
| 23 | | results from a continuance granted by the Court at the |
| 24 | | defendant's request on the basis of the Court's finding |
| 25 | | that the ends of justice served by taking such action |
| 26 | | outweigh the best interest of the public and the defendant |
| 27 | | in a speedy trial. |
| 28 | | |

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 1, 2018                              /s/  John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Colin Ryan-Barbour


Dated:  June 1, 2018                              McGregor W. Scott
                                                  United States Attorney

                                                  /s/  Jason Hitt
                                                  JASON HITT
                                                  Assistant United States Attorney


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 1st day of June, 2018.


                                                  /s/ John A. Mendez
                                                  HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT