John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 039 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) JUDGMENT AND SENTENCING |
| vs. | ) |
| | ) Date: November 13, 2018 |
| YANEZ-BARBER et al., | ) Time: 9:15 a.m. |
| | ) Judge: Honorable John A. Mendez |
| Defendants. | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 23, 2018. Counsel for the parties request the date for judgment and sentencing be continued to November 13, 2018 at 9:15 a.m. Assistant U.S. Attorney Jason Hitt has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/13/18** |
| Reply, or Statement of Non-Opposition: | 11/6/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/30/18 |
| The Presentence Report shall be filed with the | |

1

| | | |
|---|---|---|
| Court and disclosed to counsel no later than: | | 10/23/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 10/16/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |

IT IS SO STIPULATED.

Dated: September 26, 2018        /s/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Colin Ryan-Barbour

Dated: September 26, 2018        McGregor W. Scott
                                               United States Attorney

                                               /s/ Jason Hitt
                                               JASON HITT
                                               Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 27th day of September, 2018.

                                               /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE