John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>YANEZ-BARBER et al.,<br><br>        Defendants. | Case No.: 2:16 CR 039 JAM<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:   January 29, 2019<br>Time:   9:15 a.m.<br>Judge:  Honorable John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 23, 2018. Counsel for the parties request the date for judgment and sentencing be continued to January 29, 2019 at 9:15 a.m. Assistant U.S. Attorney Jason Hitt has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **1/29/19** |
| Reply, or Statement of Non-Opposition: | 1/22/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/15/19 |

The Presentence Report shall be filed with the

1

| | | |
|---|---|---|
| Court and disclosed to counsel no later than: | | 1/8/19 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 12/18/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |

IT IS SO STIPULATED.

Dated: October 12, 2018  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Colin Ryan-Barbour

Dated: October 12, 2018  McGregor W. Scott
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 15th day of October, 2018.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT