1  John R. Manning
   Attorney at Law
2  1111 H Street, Suite 204
   Sacramento, CA 95814
3  (916) 444-3994
   Fax (916) 447-0931
4  jmanninglaw@yahoo.com

5  Attorney for Defendant
   COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 039 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | Date: March 19, 2019 |
| YANEZ-BARBER et al., | Time: 9:15 a.m. |
| Defendants. | Judge: Honorable John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 12, 2019. Counsel for the parties request the date for judgment and sentencing be continued to March 19, 2019 at 9:15 a.m. Assistant U.S. Attorney Jason Hitt has been advised of this request and has no objection. U.S. Probation has also been advised of this request and has no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                         **3/19/19**

   Reply, or Statement of Non-Opposition:                    n/a

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the
   Probation Officer and opposing counsel no later
   than:                                                      n/a

   The Presentence Report shall be filed with the

1

|   |   |   |
|---|---|---|
| 1 | Court and disclosed to counsel no later than: | n/a |
| 2 | Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| 4 | The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: March 7, 2019                              /s/  John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Colin Ryan-Barbour


Dated:  March 7, 2019                             McGregor W. Scott
                                                  United States Attorney

                                                  /s/  Jason Hitt
                                                  JASON HITT
                                                  Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 7th day of March, 2019.

                                                  /s/ John A. Mendez
                                                  HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT