John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 039 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | Date: April 2, 2019 |
| YANEZ-BARBER et al., | Time: 9:15 a.m. |
| | Judge: Honorable John A. Mendez |
| Defendants. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 19, 2019. Counsel for the parties request the date for judgment and sentencing be continued to April 2, 2019 at 9:15 a.m. Assistant U.S. Attorney Jason Hitt has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **4/2/19** |
| Reply, or Statement of Non-Opposition: | 3/26/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |
| The Presentence Report shall be filed with the | |

1

```
    Court and disclosed to counsel no later than:         n/a

    Counsel's written objections to the Presentence
    Report Shall be delivered to the probation officer
    and opposing Counsel no later than:                   n/a

    The Presentence Report shall be filed with the
    Court And disclosed to counsel no later than:         n/a

  IT IS SO STIPULATED.
```

Dated: March 15, 2019            /s/John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Colin Ryan-Barbour


Dated: March 15, 2019            McGregor W. Scott
                                 United States Attorney

                                 /s/Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 15th day of March, 2019.

                                 /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT